UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-24140-BB

AMIN LAKHANI,

    Plaintiff,

vs.

PULPERIAMIA, LLC,
d/b/a TIGRE,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Amin Lakhani ("Plaintiff"), and Defendant, Pulperiamia, LLC d/b/a Tigre ("Defendant"), in accordance with Local Rule 16.4, hereby advise the Court that the parties have reached a settlement in principle of the above-styled claim. The parties are in the process of preparing a formal settlement agreement and a Joint Stipulation of Dismissal *with Prejudice* is forthcoming. Accordingly, the parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Date: January 10, 2024

Respectfully submitted,

/s/ *Glenn R. Goldstein*
Glenn R. Goldstein, Esq.
Florida Bar Number: 55873
GGoldstein@G2Legal.net
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
Telephone: (305) 900-2373

/s/ *Ashlea Edwards*
Ashlea Edwards
Florida Bar Number: 117691
ashlea.edwards@akerman.com
**AKERMAN LLP**
50 North Laura St., Suite 3100

1

74414538;1

Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*and*

Arlene K. Kline
Florida Bar Number: 104957
arlene.kline@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 671-3675
Facsimile: (561) 659-6313

*Counsel for Defendant, Pulperiamia, LLC d/b/a Tigre*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  */s/ Ashlea Edwards*
　　　Ashlea Edwards
　　　Florida Bar No. 117691

74414538;1

3

**SERVICE LIST**

*Amin Lakhani v. Pulperiamia, LLC d/b/a Tigre,*
*Case No.: 1:23-cv-24140- BB*

**United States District Court, Southern District of Florida**

Glenn R. Goldstein, Esq.
GGoldstein@G2Legal.net
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
Telephone: (305) 900-2373
*Counsel for Plaintiff, Amin Lakhani*
*(via CM/ECF)*